465 MONTGOMERY ET AL. vs. CIRCUIT JUDGE (Muskegon), No. 13566.

To vacate an order adjudging relator guilty of contempt in against a witness for refusing to appear before a circuit court commissioner upon a commission issued from the Circuit Court to take testimony, to be used in a motion for a new trial.

Denied June 14, 1893, without costs.

The circuit judge held that the commissioner had no jurisdiction to examine the witness, as, at the time the commission issued, no motion for a new trial had been entered, and further, that the word "deposition" as used by the statute, required a notice by the moving party to the other party, and no such notice had been given.